**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001074
03-MAY-2013
09:06 AM**

NO. CAAP-12-0001074

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MALINDA MCCLYMONDS ON BEHALF OF
ALIZ'E TAMATIMU AND KYIRAH NOFOA,
Plaintiff-Appellee,
v.
STEVEN A. KNAUER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1SS12-1-841)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On December 12, 2012, Defendant-Appellant Steven A. Knauer (Appellant) filed a notice of appeal;

(2) The record on appeal and an amended record on appeal were filed on February 1, 2013, and the appellate clerk informed Appellant that the statement of jurisdiction was due by February 11, 2013, and the opening brief was due by March 13, 2013;

(3) Appellant did not file either document;

(4) On April 11, 2013, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the court's attention on April 22, 2013, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction and opening brief, or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  May 3, 2013.

Chief Judge

Associate Judge

Associate Judge